UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

EDWARD MAURICE ROSS

CASE NO. 3:25-cr-102-TJC-MCR

18 U.S.C. § 1708
(Theft of Mail)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Theft of Mail)**

On or about October 5, 2023, in the Middle District of Florida, the defendant,

EDWARD MAURICE ROSS,

did knowingly steal mail, and any article and thing contained therein, from a post office station and authorized depository for mail matter.

In violation of 18 U.S.C. § 1708.

## **FORFEITURE**

1.   The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.   Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.   If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34  
5/6/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EDWARD MAURICE ROSS

## INDICTMENT

Violations: 18 U.S.C. § 1708

A true bill,

███████████████████████████  
Foreperson

Filed in open court this 7th day of May 7, 2025.

_____  
Clerk

Bail $_____

GPO 863 525